# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18, | Case No. 3:17-cv-00514-MMD-VPC |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL GRIBOSKI, an individual, CODY LOGAN, an individual, LAKE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18 has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 12th day of September 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE