Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
Tanya N. Lewis (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rperkins@swlaw.com
       atully@swlaw.com
       tlewis@swlaw.com

*Attorneys for Plaintiff HSBC Bank USA, National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18;<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GRIBOSKI, an individual; CODY LOGAN, an individual; LAKE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants. | **Case No.: 3:17-cv-00514-MMD-VPC**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO LAKE VILLAGE HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18 ("HSBC"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Lake Village Homeowners Association, ("Lake Village"), through its attorneys, the law firm of Laxalt & Nomura, Ltd., hereby stipulate and agree to extend the time for HSBC to respond to Lake Village's Motion to Dismiss Complaint [ECF Doc. 25] ("Motion"). The Motion was filed November 27, 2017, and the current deadline for responses to the Motion is December 11, 2017. This is the first request

for an extension of time to respond to the Motion, and the Parties have agreed that the new deadline for HSBC should be January 5, 2018.

WHEREAS, HSBC requires a short extension of time to review the Motion and related documents;

WHEREAS, HSBC requested, and Lake Village agreed, to extend the time for HSBC to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. HSBC shall have until January 5, 2018 to respond to the Motion.
2. Lake Village shall have until January 17, 2018 to reply in support of the Motion.

DATED this 29th day of November, 2017.  DATED this 29th day of November, 2017.

SNELL & WILMER L.L.P.  LAXALT & NOMURA LTD

By: */s/ Adam Tully*  By: */s/ Holly S. Parker*
    Robin E. Perkins, Esq. (NV Bar No. 9891)      Ryan W. Leary (NV Bar No. 11630)
    Adam Tully, Esq. (NV Bar No. 13601)      Holly S. Parker, Esq. (NV Bar No. 10181)
    Tanya N. Lewis (NV Bar No. 9891)      9600 Gateway Dr.
    3883 Howard Hughes Parkway,      Reno, NV 89521
    Suite 1100      Tel: (775) 322-1170
    Las Vegas, Nevada 89169
    Tel: (702) 784-5200  *Attorneys for Defendant Lake Village Homeowners Association*

*Attorneys for HSBC Bank USA*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 29, 2017

4839-2617-0711