GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com
*Attorneys for Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18;<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GRIBOSKI, an individual; CODY LOGAN, an individual; LAKE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants.<br>_____/ | Case No.: 3:17-cv-00514-MMD-VPC<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>*[Second Request]* |

***IT IS HEREBY STIPULATED*** between Plaintiff, HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-1 ("Plaintiff"), by and through its counsel, Snell & Wilmer LLP, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Complaint on or before December 22, 2017.

Plaintiff filed its Complaint on or about August 24, 2017, and Kern was served on or about October 18, 2017. By virtue of prior stipulation, the current deadline for Kern to answer or otherwise respond to the Complaint is December 1, 2017.

Plaintiff and Kern (collectively referred to as the "Parties") stipulate and agree to extend the deadline for Kern's answer or other response to the Complaint on or before December 22, 2017. The Parties are progressing in substantive discussions and evaluation of the claims and defenses in this matter, and still wish to conserve the time and resources of the Parties and the Court while such discussions are ongoing. Therefore, good cause exists for the extension. This is the second request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 28th day of November, 2017.　　DATED this 28th day of November, 2017.

**KERN & ASSOCIATES, LTD.**　　**SNELL & WILMER, LLP**

/s/ Karen M. Ayarbe, Esq.　　/s/ Robin E. Perkins, Esq.
KAREN M. AYARBE, ESQ.　　ROBIN E. PERKINS, ESQ.
Nevada Bar No. 3358　　Nevada Bar No. 9891
5421 Kietzke Lane, Ste. 200　　3883 Howard Hughes Pkwy, Ste. 1100
Reno, NV 89511　　Las Vegas, NV 89169-5958
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*　　*Attorneys for Plaintiff HSBC Bank USA, National Association*

## ORDER

*IT IS SO ORDERED.*

DATED this 30th day of November, 2017.

_____
United States Magistrate Judge

*Respectfully Submitted By:*

/s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Second Request)* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| RYAN WILLIAM LEARY | rleary@laxalt-nomura.com<br>wrawson@laxalt-nomura.com |
| TANYA N. LEWIS | tpeters@swlaw.com<br>DOCKET_LAS@swlaw.com<br>nriley@swlaw.com<br>DOCKET_SLC@swlaw.com<br>dwithers@swlaw.com |
| HOLLY S PARKER | hparker@laxalt-nomura.com<br>rleary@laxalt-nomura.com<br>kmartin@laxalt-nomura.com |
| ROBIN E PERKINS | rperkins@swlaw.com<br>mawilliams@swlaw.com<br>DOCKET_LAS@swlaw.com<br>sdugan@swlaw.com |
| ADAM Q. TULLY | atully@swlaw.com<br>plarsen@swlaw.com<br>lluxford@swlaw.com<br>DOCKET_LAS@swlaw.com<br>sdugan@swlaw.com |
| JAMES M WALSH | jmwalsh@wbrl.net<br>awalsh@wbrl.net<br>dvollmer@wbrl.net |

DATED this 29th day of November, 2017.

*/s/ Christine A. Lamia*
An Employee of Kern & Associates, Ltd.