Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
Tanya N. Lewis (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rperkins@swlaw.com
       atully@swlaw.com
       tlewis@swlaw.com

*Attorneys for Plaintiff HSBC Bank
USA, National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18;<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GRIBOSKI, an individual; CODY LOGAN, an individual; LAKE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants. | **Case No.: 3:17-cv-00514-MMD-VPC**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO LAKE VILLAGE HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Plaintiff HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18 ("HSBC"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Lake Village Homeowners Association, ("Lake Village"), through its attorneys, the law firm of Laxalt & Nomura, Ltd., hereby stipulate and agree to extend the time for HSBC to respond to Lake Village's Motion to Dismiss Complaint [ECF Doc. 25] ("Motion"). The Motion was filed November 27, 2017. The parties' first stipulation—which this Court signed on November 29, 2017—made HSBC's

- 1 -

response to the Motion due January 5, 2018 and Lake Village's Reply due January 17, 2018. The Parties have now agreed that the new deadline for HSBC's response should be January 19, 2018 and Lake Village's Reply should be due January 31, 2017.

WHEREAS, counsel for HSBC has only recently returned from family leave;

WHEREAS, the parties and their counsel have intermittent availability during the upcoming holidays;

WHEREAS, HSBC requested, and Lake Village agreed, to extend the time for HSBC to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

///

///

///

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. HSBC shall have until January 19, 2018 to respond to the Motion.
2. Lake Village shall have until January 31, 2018 to reply in support of the Motion.

DATED this 7th day of December, 2017.   DATED this 7th day of December, 2017.

SNELL & WILMER L.L.P.   LAXALT & NOMURA LTD

By: */s/ Adam Tully*
    Robin E. Perkins, Esq. (NV Bar No. 9891)
    Adam Tully, Esq. (NV Bar No. 13601)
    Tanya N. Lewis (NV Bar No. 9891)
    3883 Howard Hughes Parkway,
    Suite 1100
    Las Vegas, Nevada 89169
    Tel: (702) 784-5200

*Attorneys for HSBC Bank USA*

By: */s/ Holly Parker*
    Ryan W. Leary (NV Bar No. 11630)
    Holly S. Parker, Esq. (NV Bar No. 10181)
    9600 Gateway Dr.
    Reno, NV 89521
    Tel: (775) 322-1170

*Attorneys for Defendant Lake Village Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 7, 2017

4840-4681-0712