1  GAYLE A. KERN, ESQ.
   Nevada Bar No. 1620
2  KAREN M. AYARBE, ESQ.
   Nevada Bar No. 3358
3  KERN & ASSOCIATES, LTD.
4  5421 Kietzke Lane, Ste. 200
   Reno, Nevada 89511
5  Tel: (775) 324-5930
6  Fax: (775) 324-6173
   Email: karenayarbe@kernltd.com
7  *Attorneys for Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18;<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL GRIBOSKI, an individual; CODY LOGAN, an individual; LAKE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>    Defendants.<br>_____ / | Case No.: 3:17-cv-00514-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>*[Third Request]* |

***IT IS HEREBY STIPULATED*** between Plaintiff, HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-1 ("Plaintiff"), by and through its counsel, Snell & Wilmer LLP, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Complaint on or before January 19, 2018.

Plaintiff filed its Complaint on or about August 24, 2017, and Kern was served on or about

October 18, 2017. By virtue of a prior extension, the current deadline for Kern to answer or otherwise respond to the Complaint is on December 22, 2017.

Plaintiff and Kern (collectively referred to as the "Parties") stipulate and agree to extend the deadline for Kern to answer or otherwise respond to the Complaint on or before January 19, 2018. Counsel for the Parties continue to communicate in good faith and believe they have reached agreements on the majority of the issues between them. However, due to varying holiday schedules of the Parties and/or counsel, the Parties are unable to resolve the remaining issues and file the necessary documents as contemplated by the current December 22, 2017 deadline. In a continued effort to conserve the time and resources of the Parties and the Court, this third extension is requested. Good cause exists for the extension, which is not intended to cause delay or prejudice to any party.

DATED this 21st day of December, 2017.   DATED this 21st day of December, 2017.

**KERN & ASSOCIATES, LTD.**           **SNELL & WILMER, LLP**
/s/ Karen M. Ayarbe, Esq.              /s/ Adam Tully, Esq.
KAREN M. AYARBE, ESQ.                  ADAM TULLY, ESQ.
Nevada Bar No. 3358                    Nevada Bar No. 13601
5421 Kietzke Lane, Ste. 200            3883 Howard Hughes Pkwy, Ste. 1100
Reno, NV 89511                         Las Vegas, NV 89169-5958
*Attorneys for Defendant Gayle A. Kern,*   *Attorneys for Plaintiff HSBC Bank USA,*
*Ltd. dba Kern & Associates, Ltd.*         *National Association*

## ORDER

*IT IS SO ORDERED.*

DATED this ____ day of December 2017.

_____
United States Magistrate Judge

*Respectfully Submitted By:*

/s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

# CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Third Request)* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| RYAN WILLIAM LEARY | rleary@laxalt-nomura.com<br>wrawson@laxalt-nomura.com |
| TANYA N. LEWIS | tpeters@swlaw.com<br>DOCKET_LAS@swlaw.com<br>nriley@swlaw.com<br>DOCKET_SLC@swlaw.com<br>dwithers@swlaw.com |
| HOLLY S PARKER | hparker@laxalt-nomura.com<br>rleary@laxalt-nomura.com<br>kmartin@laxalt-nomura.com |
| ROBIN E PERKINS | rperkins@swlaw.com<br>mawilliams@swlaw.com<br>DOCKET_LAS@swlaw.com<br>sdugan@swlaw.com |
| ADAM Q. TULLY | atully@swlaw.com<br>plarsen@swlaw.com<br>lluxford@swlaw.com<br>DOCKET_LAS@swlaw.com<br>sdugan@swlaw.com |
| JAMES M WALSH | jmwalsh@wbrl.net<br>awalsh@wbrl.net<br>dvollmer@wbrl.net |

DATED this 21st day of December, 2017.

*/s/ Christine A. Lamia*
An Employee of Kern & Associates, Ltd.