Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rperkins@swlaw.com
       atully@swlaw.com

*Attorneys for Plaintiff HSBC Bank USA, National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18;<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL GRIBOSKI, an individual; CODY LOGAN, an individual; LAKE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>    Defendants.<br><br>MICHAEL GRIBOSKI, an individual; CODY LOGAN, an individual;<br><br>    Counterclaimants,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18;<br><br>    Counter-Defendant. | Case No.: 3:17-cv-00514-MMD-CBC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

- 1 -

Plaintiff/Counter-Defendant HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18 ("HSBC") and Defendants/Counterclaimants Michael Griboski and Cody Logan ("Griboski & Logan," collectively with HSBC, "Parties") by and through their respective undersigned counsel of record, hereby stipulate and agree, as follows:

Pursuant to Fed. R. Civ. P. 41, this matter, including all claims and counterclaims raised therein, may be dismissed with prejudice with each party to bear its own fees and costs.

Dated: January 7, 2019.

SNELL & WILMER L.L.P.

By: /s/ *Adam Tully*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiff HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18*

Dated: January 7, 2019.

WALSH, BAKER & ROSEVEAR

By: /s/ *James Walsh*
James M. Walsh, Esq. (NV Bar No. 796)
9468 Double R. Blvd., Ste A
Reno, Nevada 89521
Telephone: (775) 853-0883
Facsimile: (775) 853-0860

*Defendants Michael Griboski and Cody Logan*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: January 7, 2019

4821-1623-9236

- 2 -